## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Nathan J. Weaver                                           CHAPTER 13

Debtor(s)

BKY. NO. 22-10321 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, Us Bank National Assocation as Trustee, successor in interest to Bank of America N.A. as Trustee, successor by merger to LaSalle Bank N.A., as trustsee and index same on the master mailing list.

Respectfully submitted,

/s/Rebecca Solarz

Rebecca Solarz
02 Mar 2022, 09:37:41, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322