IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Amber Weaver<br>  Debtor,<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2007-3, Mortgage Pass-Through Certificates, Series 2007-3<br>  Movant.<br>v.<br><br>Amber Weaver<br>  Debtor/Respondent,<br><br>Nathan J Weaver<br>  (Non-filing Co-Debtor),<br><br>Scott Waterman, Trustee<br>  Additional Respondent. | BANKRUPTCY CASE NUMBER<br>22-10321-amc<br><br>CHAPTER 13 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

  Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2007-3, Mortgage Pass-Through Certificates, Series 2007-3 has filed a Motion for Relief, with the Court for relief from the automatic stay.

  1. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

  2. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before May 20, 2022__ you or your attorney file a response to the Motion.

   (a) **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

      (b)    **If you are not required to file electronically,** you must file your response at: United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

      (c)    **If you mail your Response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above

      (d)    On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the Movant's attorney:

      Christopher A. DeNardo 78447
      Kristen D. Little 79992
      Lily C. Calkins 327356
      LOGS Legal Group LLP
      3600 Horizon Drive, Suite 150, King of Prussia, PA 19406
      Phone: (610) 278-6800
      Fax: (847) 954-4809

3.    A hearing on the motion is scheduled to be held before the HONORABLE ASHELY M. CHAN on  June 1, 2022   at      11:00 AM     in Courtroom # 4, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

4.    **If you do not file a response to the Motion,** the court may cancel the hearing and enter an Order granting the relief requested in the Motion.

5.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

6.    You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed a response.

Date: 05/03/2022