UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Nathan J. Weaver<br><br><br><br>    Debtor | Chapter 13<br>Bankruptcy No.22-10321-AMC |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 24th day of June, 2022, by first class mail upon those listed below:

Nathan J. Weaver
6004 Axe Handle Road
Quakertown, PA  18951

**Electronically via CM/ECF System Only:**

JEFFREY C MC CULLOUGH ESQ
BOND & MCCULLOUGH
16 N FRANKLIN STREET
SUITE 300
DOYLESTOWN, PA  18901

 

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee