| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 22-10321-AMC**

| | |
|---|---|
| Nathan J. Weaver | Petition Filed Date: 02/10/2022 |
| 6004 Axe Handle Road | 341 Hearing Date: 03/25/2022 |
| Quakertown  PA   18951 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/02/2022 | $500.00 | | 07/19/2022 | $750.00 | | | | |

**Total Receipts for the Period: $1,250.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,250.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Creditors | $1,733.02 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $1,178.19 | $0.00 | $0.00 |
| 3 | SPECIALIZED LOAN SERVICING LLC<br>»» 002 | Secured Creditors | $52,229.45 | $0.00 | $0.00 |
| 0 | JEFFREY C MC CULLOUGH ESQ | Attorney Fees | $4,000.00 | $0.00 | $4,000.00 |
| 4 | NATIONSTAR MORTGAGE LLC<br>»» 003 | Mortgage Arrears | $67,130.81 | $0.00 | $0.00 |
| 5 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $1,457.74 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-10321-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $1,250.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $100.00 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $1,150.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.