UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 22-10321 amc |
| NATHAN J. WEAVER | : | |
| Debtor | : | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, Jeffrey C. McCullough, attorney for Debtor, do hereby certify that true and correct copies of the foregoing Application for Compensation and Reimbursement for Expenses were served on the 1st day of September 2022, by electronic mail, and/or First Class Mail upon those listed below:

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

Nathan J. Weaver
6004 Axe Handle Road
Quakertown, PA 18951


    /s/Jeffrey C. McCullough
Jeffrey C. McCullough, Esquire
Attorney for Debtor
16 N. Franklin St., Ste. 300
Doylestown, PA  18901
(215) 348-8133
(215) 348-0428 - fax