United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 22-10321-amc

Nathan J. Weaver | Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2

Date Rcvd: Aug 31, 2022 | Form ID: 155 | Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nathan J. Weaver, 6004 Axe Handle Road, Quakertown, PA 18951-3272 |
| 14674364 | + | First Franklin Mortgage Loan Trust, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14706683 | + | Jeffrey C. McCullough, Esquire, 16 N. Franklin Street, Suite 300, Doylestown, PA 18901-3556 |
| 14674365 | + | U.S. Bank National Association, c/o LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14674364 | ^ | MEBN | | |
| | | | Aug 31 2022 23:55:32 | First Franklin Mortgage Loan Trust, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14668374 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Aug 31 2022 23:56:00 | First Franklin Mortgage Loan Trust, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129-2386 |
| 14668375 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Aug 31 2022 23:56:00 | Nationstar Mortgage LLC dba Mr. Cooper, Attn: Bankruptcy Department, P.O.Box 619096, Dallas, TX 75261-9096 |
| 14668377 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 01 2022 00:08:13 | Portfolio Recovery Associates, LLC, P.O.Box 41067, Norfolk, VA 23541-1067 |
| 14668376 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Aug 31 2022 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O.Box 280946, Harrisburg, PA 17128-0946 |
| 14668378 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Aug 31 2022 23:56:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd. Suite 300, Highlands Ranch, CO 80129-2386 |
| 14670781 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Aug 31 2022 23:56:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14679533 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Aug 31 2022 23:56:00 | U.S. Bank National Association,, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 02, 2022                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| CHRISTOPHER A. DENARDO | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Assoc logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to logsecf@logs.com |
| JEFFREY C. MCCULLOUGH | on behalf of Debtor Nathan J. Weaver jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| JEFFREY C. MCCULLOUGH | on behalf of Plaintiff Nathan J. Weaver jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| LILY CHRISTINA CALKINS | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to logsecf@logs.com, lilychristinacalkins@gmail.com |
| LILY CHRISTINA CALKINS | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer for U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to logsecf@logs.com, lilychristinacalkins@gmail.com |
| LILY CHRISTINA CALKINS | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Assoc logsecf@logs.com, lilychristinacalkins@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor First Franklin Mortgage Loan Trust  Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, Us Bank National Assocation as Trustee, successor in interest to Bank of America N.A. as Trustee, successo bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

_____

In Re: Nathan J. Weaver

           Debtor(s)

Chapter: 13

Bankruptcy No: 22−10321−amc

_____

***ORDER CONFIRMING PLAN UNDER CHAPTER 13***

      AND NOW, this 31st of August 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

      A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

      B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

      C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                            Ashely M. Chan
                            Judge ,
                            United States Bankruptcy Court

54
Form 155