UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| NATHAN J. WEAVER | : | |
| Debtor | : | CASE No. 22-10321 amc |

## PRAECIPE TO WITHDRAW PROOF OF CLAIM NO. 4

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly withdraw Proof of Claim No. 4 filed on behalf of Jeffrey C. McCullough, Esquire on July 20, 2022.

Date: September 13, 2022        /s/Jeffrey C. McCullough
Jeffrey C. McCullough, Esquire
Attorney for Debtor
16 N. Franklin St., Suite 300
Doylestown, PA  18901
215-348-8133
215-348-0428 - FAX
jeffmccullough@bondmccullough.com