UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 22-10321 amc |
| NATHAN J. WEAVER | : | |
| Debtor | : | CHAPTER 13 |

**CERTIFICATION OF NO OBJECTION**

The undersigned, as attorney for Debtor, hereby certifies that No Answer and/or Objection, or other responsive pleading or request for a hearing has been filed by any party on or before the last filing date of September 21, 2022, regarding the Application for Compensation of Debtor's Counsel, Document No. 56.

9/22/2022
Date

/s/Jeffrey C. McCullough
Jeffrey C. McCullough, Esquire
Attorney for Debtor
16 N. Franklin St., Suite 300
Doylestown, PA   18901
215-348-8133
215-348-0428 – Fax
jeffmccullough@bondmccullough.com