UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 22-10321 amc |
| NATHAN J. WEAVER | : | |
| Debtor | : | CHAPTER 13 |

### ORDER ALLOWING COMPENSATION TO DEBTORS' COUNSEL

AND NOW, this      day of                , 2022, upon consideration of the Application for Compensation and Reimbursement of Expenses, it is hereby

ORDERED that said application is approved, and it is

FURTHER ORDERED that Jeffrey C. McCullough, Esquire is hereby allowed the sum of $4500.00 as compensation for professional services rendered as counsel to Debtor and reimbursement of costs in connection with performance of his representation of which $2000.00 has been paid as a pre-petition retainer.

The balance of the fee of $2500.00 may be paid to the extent provided for by the terms of the Debtor's Confirmed Chapter 13 Plan.

BY THE COURT:

**Date: September 23, 2022**

_____
Ashely M. Chan
U.S. Bankruptcy Judge