United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10321-amc |
| Nathan J. Weaver | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 23, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nathan J. Weaver, 6004 Axe Handle Road, Quakertown, PA 18951-3272 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2022                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor First Franklin Mortgage Loan Trust  Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, Us Bank National Assocation as Trustee, successor in interest to Bank of America N.A. as Trustee, successo bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer for U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Assoc logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to logsecf@logs.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 23, 2022 | Form ID: pdf900 | Total Noticed: 1 |

JEFFREY C. MCCULLOUGH
    on behalf of Debtor Nathan J. Weaver jeffmccullough@bondmccullough.com lchung@bondmccullough.com

JEFFREY C. MCCULLOUGH
    on behalf of Plaintiff Nathan J. Weaver jeffmccullough@bondmccullough.com lchung@bondmccullough.com

LILY CHRISTINA CALKINS
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to logsecf@logs.com, lilychristinacalkins@gmail.com

LILY CHRISTINA CALKINS
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer for U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to logsecf@logs.com, lilychristinacalkins@gmail.com

LILY CHRISTINA CALKINS
    on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Assoc logsecf@logs.com, lilychristinacalkins@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor First Franklin Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, Us Bank National Assocation as Trustee, successor in interest to Bank of America N.A. as Trustee, successo bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 22-10321 amc |
| NATHAN J. WEAVER | : | |
| Debtor | : | CHAPTER 13 |

### ORDER ALLOWING COMPENSATION TO DEBTORS' COUNSEL

AND NOW, this      day of                , 2022, upon consideration of the Application for Compensation and Reimbursement of Expenses, it is hereby

ORDERED that said application is approved, and it is

FURTHER ORDERED that Jeffrey C. McCullough, Esquire is hereby allowed the sum of $4500.00 as compensation for professional services rendered as counsel to Debtor and reimbursement of costs in connection with performance of his representation of which $2000.00 has been paid as a pre-petition retainer.

The balance of the fee of $2500.00 may be paid to the extent provided for by the terms of the Debtor's Confirmed Chapter 13 Plan.

BY THE COURT:

**Date: September 23, 2022**

_____
Ashely M. Chan
U.S. Bankruptcy Judge