| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 22-10321-AMC**

Nathan J. Weaver
6004 Axe Handle Road
Quakertown  PA    18951

Petition Filed Date: 02/10/2022
341 Hearing Date: 03/25/2022
Confirmation Date: 08/31/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/18/2022 | $750.00 | | 12/19/2022 | $500.00 | | 01/11/2023 | $250.00 | |
| 02/14/2023 | $250.00 | | 03/13/2023 | $250.00 | | 04/10/2023 | $250.00 | |
| 05/15/2023 | $250.00 | | 06/12/2023 | $250.00 | | 07/11/2023 | $250.00 | |

**Total Receipts for the Period:  $3,000.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $4,250.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $1,733.02 | $1,400.00 | $333.02 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $1,178.19 | $0.00 | $1,178.19 |
| 3 | SPECIALIZED LOAN SERVICING LLC »» 002 | Unsecured Creditors | $52,229.45 | $0.00 | $52,229.45 |
| 0 | JEFFREY C MC CULLOUGH ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 4 | NATIONSTAR MORTGAGE LLC »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PA DEPARTMENT OF REVENUE »» 01S | Secured Creditors | $1,503.71 | $0.00 | $1,503.71 |
| 0 | JEFFREY C MC CULLOUGH ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |

**Chapter 13 Case No. 22-10321-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,250.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $3,900.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $350.00 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.