United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10321-amc |
| Nathan J. Weaver | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 26, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14670781 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 27 2024 00:00:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2024            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC as servicer for U.S. Bank National Association as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank Natio logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer for U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to logsecf@logs.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 26, 2024 | Form ID: trc | Total Noticed: 1 |

CHRISTOPHER A. DENARDO
    on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Assoc logsecf@logs.com

DENISE ELIZABETH CARLON
    on behalf of Creditor First Franklin Mortgage Loan Trust  Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, Us Bank National Assocation as Trustee, successor in interest to Bank of America N.A. as Trustee, successo bkgroup@kmllawgroup.com

JEFFREY C. MCCULLOUGH
    on behalf of Debtor Nathan J. Weaver jeffmccullough@bondmccullough.com  lchung@bondmccullough.com

JEFFREY C. MCCULLOUGH
    on behalf of Plaintiff Nathan J. Weaver jeffmccullough@bondmccullough.com  lchung@bondmccullough.com

ROBERT BRIAN SHEARER
    on behalf of Creditor First Franklin Mortgage Loan Trust rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 22-10321-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Nathan J. Weaver
6004 Axe Handle Road
Quakertown PA 18951

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/23/2024.

Name and Address of Alleged Transferor(s):

Claim No. 2: U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111

Name and Address of Transferee:

First Franklin Mortgage Loan Trust
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/28/24

Tim McGrath
**CLERK OF THE COURT**