United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10321-amc |
| Nathan J. Weaver | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 24, 2025 | Form ID: 212 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

**Recip ID      Recipient Name and Address**
db              + Nathan J. Weaver, 6004 Axe Handle Road, Quakertown, PA 18951-3272

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2025 at the address(es) listed below:

**Name                     Email Address**

CHRISTOPHER A. DENARDO

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to logsecf@logs.com

CHRISTOPHER A. DENARDO

on behalf of Creditor Nationstar Mortgage LLC as servicer for U.S. Bank National Association as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank Natio logsecf@logs.com

CHRISTOPHER A. DENARDO

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer for U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to logsecf@logs.com

CHRISTOPHER A. DENARDO

on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Assoc logsecf@logs.com

DENISE ELIZABETH CARLON

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 24, 2025 | Form ID: 212 | Total Noticed: 1 |

on behalf of Creditor First Franklin Mortgage Loan Trust  Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, Us Bank National Assocation as Trustee, successor in interest to Bank of America N.A. as Trustee, successo bkgroup@kmllawgroup.com

JEFFREY C. MCCULLOUGH
   on behalf of Debtor Nathan J. Weaver jeffmccullough@bondmccullough.com  lchung@bondmccullough.com

JEFFREY C. MCCULLOUGH
   on behalf of Plaintiff Nathan J. Weaver jeffmccullough@bondmccullough.com  lchung@bondmccullough.com

ROBERT BRIAN SHEARER
   on behalf of Creditor First Franklin Mortgage Loan Trust rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                           Chapter: 13

    Nathan J. Weaver

Debtor(s)                                                Case No: 22−10321−amc

---

## *ORDER*

AND NOW, February 24, 2025, it appearing that the debtor must file either a certificate regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the certificate regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall file

    ☑ A certificate regarding completion of an instructional course concerning personal financial management, or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

                                                        For The Court

                                                        Ashely M. Chan

                                                        Chief Judge, United States
                                                        Bankruptcy Court