Certificate Number: 02921-PAE-DE-039441841

Bankruptcy Case Number: 22-10321



02921-PAE-DE-039441841

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 14, 2025, at 11:09 o'clock AM EDT, Nathan Weaver completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 14, 2025

By: /s/Flora Friedman

Name: Flora Friedman

Title: Credit Counselor