Certificate Number: 02921-PAE-DE-039441841

Bankruptcy Case Number: 22-10321



02921-PAE-DE-039441841

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 14, 2025</u>, at <u>11:09</u> o'clock <u>AM EDT</u>, <u>Nathan Weaver</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Counseling Center</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 14, 2025</u>

By:   <u>/s/Flora Friedman</u>

Name:   <u>Flora Friedman</u>

Title:   <u>Credit Counselor</u>