United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10321-amc |
| Nathan J. Weaver | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 01, 2025 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nathan J. Weaver, 6004 Axe Handle Road, Quakertown, PA 18951-3272 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Apr 02 2025 01:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 02 2025 01:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer for U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Assoc |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 01, 2025 | Form ID: 138FIN | Total Noticed: 3 |

logsecf@logs.com

CHRISTOPHER A. DENARDO

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to logsecf@logs.com

CHRISTOPHER A. DENARDO

on behalf of Creditor Nationstar Mortgage LLC as servicer for U.S. Bank National Association as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank Natio logsecf@logs.com

DENISE ELIZABETH CARLON

on behalf of Creditor First Franklin Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, Us Bank National Assocation as Trustee, successor in interest to Bank of America N.A. as Trustee, successo bkgroup@kmllawgroup.com

JEFFREY C. MCCULLOUGH

on behalf of Debtor Nathan J. Weaver jeffmccullough@bondmccullough.com lchung@bondmccullough.com

JEFFREY C. MCCULLOUGH

on behalf of Plaintiff Nathan J. Weaver jeffmccullough@bondmccullough.com lchung@bondmccullough.com

ROBERT BRIAN SHEARER

on behalf of Creditor First Franklin Mortgage Loan Trust rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*Form 138FIN* (6/24)−doc 99 − 98

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Nathan J. Weaver<br><br>   Debtor(s). | Case No. 22−10321−amc<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: April 1, 2025

For The Court

Timothy B. McGrath
Clerk of Court