United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10321-amc |
| Nathan J. Weaver | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 13, 2025 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nathan J. Weaver, 6004 Axe Handle Road, Quakertown, PA 18951-3272 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 15, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to logsecf@logs.com |
| CHRISTOPHER A. DENARDO | |
| | on behalf of Creditor Nationstar Mortgage LLC as servicer for U.S. Bank National Association  as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank Natio logsecf@logs.com |
| CHRISTOPHER A. DENARDO | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer for U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to logsecf@logs.com |
| CHRISTOPHER A. DENARDO | |
| | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Assoc logsecf@logs.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor First Franklin Mortgage Loan Trust  Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, Us Bank |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 13, 2025 | Form ID: 195 | Total Noticed: 1 |

National Assocation as Trustee, successor in interest to Bank of America N.A. as Trustee, successo bkgroup@kmllawgroup.com

JEFFREY C. MCCULLOUGH
    on behalf of Debtor Nathan J. Weaver jeffmccullough@bondmccullough.com  lchung@bondmccullough.com

JEFFREY C. MCCULLOUGH
    on behalf of Plaintiff Nathan J. Weaver jeffmccullough@bondmccullough.com  lchung@bondmccullough.com

ROBERT BRIAN SHEARER
    on behalf of Creditor First Franklin Mortgage Loan Trust rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Nathan J. Weaver : Case No. 22−10321−amc
      Debtor(s)

### ORDER
_____

AND NOW, this day , May 13, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court

102
Form 195