United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                  Case No. 22-10321-amc

Nathan J. Weaver                                                                        Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                              Page 1 of 2

Date Rcvd: May 14, 2025                       Form ID: 195                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

**Recip ID              Recipient Name and Address**
db              + Nathan J. Weaver, 6004 Axe Handle Road, Quakertown, PA 18951-3272

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:**

**Name                          Email Address**

CHRISTOPHER A. DENARDO

                on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association as Trustee,
                successor in interest to Bank of America, National Association, as Trustee, successor by merger to logsecf@logs.com

CHRISTOPHER A. DENARDO

                on behalf of Creditor Nationstar Mortgage LLC as servicer for U.S. Bank National Association  as Trustee, successor in interest to
                Bank of America National Association, as Trustee, successor by merger to LaSalle Bank Natio logsecf@logs.com

CHRISTOPHER A. DENARDO

                on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer for U.S. Bank National Association  as Trustee,
                successor in interest to Bank of America, National Association, as Trustee, successor by merger to logsecf@logs.com

CHRISTOPHER A. DENARDO

                on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Assoc
                logsecf@logs.com

DENISE ELIZABETH CARLON

                on behalf of Creditor First Franklin Mortgage Loan Trust  Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, Us Bank

District/off: 0313-2                                      User: admin                                              Page 2 of 2

Date Rcvd: May 14, 2025                                  Form ID: 195                                        Total Noticed: 1

National Assocation as Trustee, successor in interest to Bank of America N.A. as Trustee, successo bkgroup@kmllawgroup.com

JEFFREY C. MCCULLOUGH

      on behalf of Debtor Nathan J. Weaver jeffmccullough@bondmccullough.com  lchung@bondmccullough.com

JEFFREY C. MCCULLOUGH

      on behalf of Plaintiff Nathan J. Weaver jeffmccullough@bondmccullough.com  lchung@bondmccullough.com

ROBERT BRIAN SHEARER

      on behalf of Creditor First Franklin Mortgage Loan Trust rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]

      ECFMail@ReadingCh13.com

United States Trustee

      USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                              : Chapter 13

Nathan J. Weaver                                      : Case No. 22−10321−amc

         Debtor(s)

### *ORDER*

_____

AND NOW, this day , May 14, 2025 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court

103
Form 195